# ALABAMA COURT OF CRIMINAL APPEALS



April 4, 2025

**CR-2024-0447**

Jason Anthony Jones v. State of Alabama (Appeal from Jefferson Circuit Court: CC-95-4036.61)

## <u>NOTICE</u>

You are hereby notified that on April 4, 2025, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

*Scott Mitchell*

D. Scott Mitchell, Clerk